■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY P. WEISBROD, Appellant. [54 NYS3d 909]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered January 7, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a forged instrument in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a forged instrument in the second degree (Penal Law § 170.25). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver constitutes a general unrestricted waiver that forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255-256; *People v Hidalgo*, 91 NY2d 733, 737 [1998]; *cf. People v Maracle*, 19 NY3d 925, 928 [2012]). Present—Peradotto, J.P., Carni, Lindley, Curran and Troutman, JJ.